United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 11-11700-mdc
La Quanda Hinton Taylor                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG            Page 1 of 2            Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
```
db           +La Quanda Hinton Taylor,    5947 Fronenac Street,    Philadelphia, PA 19149-3632
cr            ECMC,   P.O. Box 75906,    St. Paul, MN  55175
12386716     +AES/PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
12313629     +Aes/pheaa,    1200 N. 7th Street 4th Floor,   Harrisburg, PA 17102-1419
12313630     +Aes/wachovia,    Pob 2461,   Harrisburg, PA 17105-2461
12313635     +Baystate Gas-brockton,    Po Box 67015,   Harrisburg, PA 17106-7015
12313636     +Cbcs,   Po Box 164089,    Columbus, OH 43216-4089
12313637    #+Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5121
12474461      Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN  55116-0408
12313638     +Er Solutions,    Po Box 9004,   Renton, WA 98057-9004
12313639     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
12313640     +GOLDBECK MCCAFERTY & MCKEEVER PA,    5000 MELLON INDEPENDENCE CENTER,    701 MARKET ST,
               Philadelphia, PA 19106-1538
12313642      PGW,   P O BOX 11700,   Newark, NJ 07101-4700
12313643     +PHILA FEDERAL CREDIT UNION,    12800 TOWNSEND ROAD,    Philadelphia, PA 19154-1095
12313644     +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
12313645     +Torres Credit Srv,    27 Fairview,   Carlisle, PA 17015-3200
12568259     +U.S. Bank National Association,    PHFA,   211 North Front Street,    Harrisburg, PA 17101-1466,
               Attn: ALSV/Anne
12313647     +US BANK NATIONAL ASSOC AS TRUSTEE AS tR,    FOR PA  HOUSING FINANCE AGENCY,
               211 NORTH FRONT STREET,    PO BOX 15057,   Harrisburg, PA 17105-5057
12313649     +Verizon Pen,    500 Technology Dr,   Weldon Spring, MO 63304-2225
12499716      Wells Fargo Bank, NA,    TGSLC,   PO BOX 83100,   ROUND ROCK, TX 78683-3100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:46     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12385681      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2016 02:10:40
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
12313631     +E-mail/Text: EBNProcessing@afni.com Nov 17 2016 02:10:40     Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,   Bloomington, IL 61702-3427
12461706     +E-mail/Text: EBNProcessing@afni.com Nov 17 2016 02:10:40     Afni, Inc.,    PO BOX 3667,
               Bloomington, IL 61702-3667
12313632      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2016 02:10:40     American Honda Finance CORP.,
               P.O. Box 6034,   Newark, DE 19714-6034
12313633     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 17 2016 02:10:28     Asset Acceptance,
               Po Box 2036,   Warren, MI 48090-2036
12471425      E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:45     City of Philadelphia,
               SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
               1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12350362      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2016 02:10:49     Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
12359097     +E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2016 02:09:47     PECO Energy Company,
               c/o Merrick L. Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12313641     +E-mail/Text: blegal@phfa.org Nov 17 2016 02:10:34     PENNSYLVANIA HOUSING FINANCE AGENCY,
               211 NORTH FRONT STREET,    Harrisburg, PA 17101-1406
12359754      E-mail/Text: ebn@vativrecovery.com Nov 17 2016 02:09:46     Palisades Acquisition IX  LLC,
               Vativ Recovery Solutions LLC,    As Agent For Palisades Acquisition IX LL,    PO Box 40728,
               Houston, TX  77240-0728
12424749     +E-mail/Text: csidl@sbcglobal.net Nov 17 2016 02:10:57     Premier BankCard/Charter,
               Post Office Box 2208,    Vacaville, CA 95696-8208
12313646     +E-mail/Text: External.Collections@phoenix.edu Nov 17 2016 02:11:52     University Of Phoenix,
               4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12313648         VANGUARD GROUP PENSION
12389579*       +Asset Acceptance LLC,    PO Box 2036,   Warren MI 48090-2036
12313634      ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
12318646      ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
12318647      ##+Rjm Acquisitions Llc,    575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-3416
                                                                                   TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                   Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
               Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
               Pennsylvania Housing Finance Agency ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
              MICHAEL ADAM COHEN    on behalf of Debtor La Quanda Hinton Taylor mcohen1@temple.edu
              ROZALYN   LANDISBURG    on behalf of Debtor La Quanda Hinton Taylor lrozalyn7345@yahoo.com,
               lawyer.mc@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: La Quanda Hinton Taylor
    Debtor(s)

Bankruptcy No: 11−11700−mdc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/16

73 − 72
Form 138_new