# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: La Quanda Hinton Taylor        CHAPTER 13
           <u>Debtor(s)</u>

BKY. NO. 11-11700 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, Trustee Of The Pennsylvania Housing Finance Agency, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0716

                        Respectfully submitted,

                        **<u>/s/Thomas Puleo, Esquire</u>**
                        Thomas Puleo, Esquire
                        Brian C. Nicholas, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406