United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-11700-mdc
La Quanda Hinton Taylor                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1              Date Rcvd: Jan 10, 2017
                              Form ID: 195             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2017.
db         +La Quanda Hinton Taylor,    5947 Fronenac Street,    Philadelphia, PA 19149-3632
cr          ECMC,   P.O. Box 75906,    St. Paul, MN  55175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
           Pennsylvania Housing Finance Agency agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          ANN E. SWARTZ     on behalf of Creditor    U.S. Bank National Association, Trustee Of The
           Pennsylvania Housing Finance Agency ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          MICHAEL ADAM COHEN    on behalf of Debtor La Quanda Hinton Taylor mcohen1@temple.edu
          ROZALYN  LANDISBURG    on behalf of Debtor La Quanda Hinton Taylor lrozalyn7345@yahoo.com,
           lawyer.mc@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Trustee Of The
           Pennsylvania Housing Finance Agency tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 13

La Quanda Hinton Taylor                                       : Case No. 11−11700−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , January 10, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

77
Form 195